PROB 12C
(7/93)

Report Date: February 21, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rubelia Enlow        Case Number: 2:12CR06046-001

Last Known Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 18, 2012

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 6 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Date Supervision Commenced: | January 23, 2013 |
| Defense Attorney: | TBD |
| Date Supervision Expires: | January 22, 2016 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: On February 12, 2013, the U.S. Immigration and Customs Enforcement (ICE) advised the U.S. Probation Office in Yakima, Washington, that the defendant was released from the Benton County Jail in Kennewick, Washington, on February 11, 2013. The defendant should have been transferred to ICE custody as there is an active administrative warrant out of their office. The defendant failed to report to U.S. Probation Office within 72 hours of release from custody. |

Prob12C
Re: Enlow, Rubelia
February 21, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/21/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

February 21, 2013
Date